UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
:
KEITH DARLING,                                               :
                                                             :
                              *Petitioner*,                  :
                                                             :
        -*against*-                                          :
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
                              *Respondent*.                  :
                                                             :
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-19-16
```

15 Civ. 9969 (PAC)
10 Cr. 640 (PAC)

**OPINION & ORDER**

HONORABLE PAUL A. CROTTY, United States District Judge:

   The Court GRANTS Petitioner's motion to submit supplemental briefing. Dkt. 7. Petitioner should address the Supreme Court's recent decision in *Welch v. United States*, No. 15-6418, holding that *Johnson v. United States*, 135 S. Ct. 2551 (2015), is "a substantive decision and so has retroactive effect . . . in cases on collateral review," slip op. at 9, particularly in light of the Government's concession that "*Johnson*'s holding extends to the residual clause of U.S.S.G. § 4B1.2." Dkt. 6 at 1.

   Petitioner should file its supplemental briefing by May 20, 2016. The Government's response, if any, should be filed by June 17, 2016. The Clerk is directed to lift the stay.

Dated: New York, New York
       April 19, 2016

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge